## UNITED STATES *versus* SIX BUSHELS WHEAT.

JOURNAL ENTRIES: (1) Sept. 10, 1822: libel filed, notice ordered published; (2) Oct. 9, 1822: proclamation made, evidence heard; (3) Oct. 10, 1822: property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1822): (1) Libel; (2) form of interrogatories; (3) subpoena; (4) return of sale.
*File No.* . . . .

## UNITED STATES *versus* MASON RONALDS, LATE A LIEUTENANT OF THE THIRTEENTH REGIMENT OF THE UNITED STATES INFANTRY.

JOURNAL ENTRIES: (1) Sept. 16, 1822: alias capias ordered issued; (2) Sept. 26, 1825: stricken from docket.
PAPERS IN FILE (1822): (1) Precipe for capias; (2) capias and return.
*File No.* 29 of 1822.

## UNITED STATES *versus* RIX ROBINSON AND MICHAEL DOUSMAN.

JOURNAL ENTRIES: (1) Sept. 16, 1822: alias capias ordered issued; (2) Sept. 26, 1825: stricken from docket.
PAPERS IN FILE (1822): (1) Precipe for capias; (2) capias and return.
*File No.* 31 of 1822.

## UNITED STATES *versus* JOHNSY McCARTHY.

JOURNAL ENTRIES: (1) Sept. 16, 1822: marshal ruled to bring body; (2) Sept. 21, 1822: recognizance, declaration filed, rule to plead, appearance of counsel for defendant; (3) Oct. 8, 1822: motion to extend rule to plead overruled, motion for rule to plead instanter granted; (4) Oct. 9, 1822: motion for trial, motion for continuance granted; (5) Sept. 20, 1823: jury trial, verdict for defendant, motion for certificate of reasonable cause for seizure; (6) Sept. 29, 1823: motion for certificate granted; (7) Oct. 11, 1823: attendance of witness proved.
PAPERS IN FILE (1822–23): (1) Precipe for capias; (2) capias and return; (3) declaration; (4–5) subpoenas; (6) plea of nil debet; (7) precipe for subpoena; (8) subpoena; (9) precipe for sub-poena; (10) subpoena; (11) precipe for fi. fa.; (12) incomplete draft of attachment.
*File No.* . . . .

## UNITED STATES *versus* ENOS ROULEAU.

JOURNAL ENTRIES: (1) Sept. 16, 1822: alias capias ordered issued; (2) Sept. 29, 1823: jury trial, verdict for defendant, motion for certificate of reasonable cause of seizure, attendance of witnesses proved.
PAPERS IN FILE (1822–23): (1) Precipe for process; (2) capias and return; (3) alias capias and return; (4) recognizance, bail piece; (5) declaration, plea of nil debet; (6) precipe for subpoena; (7) subpoena.
*File No.* . . . .